(October 15, 1951.

Edwin R. La Vin, Respondent, v. Russell C. La Vin et al., Defendants, and Sanford Hotel Corp., Appellant.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 589.]

Baisley Lumber Corporation, Respondent, v. Matthews Development Corp. et al., Appellants.— No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

Juanita Baynes et al., Respondents, v. New York, New Haven and Hartford Railroad Company, Appellant, et al., Defendants.— It is our opinion that this record presented a question of fact upon the control of the area and the duty to maintain it, which should have been submitted to the jury and not determined by the court; and that it was error to charge the jury that they should not consider the lease and to charge that it was appellant's duty to maintain the area in a reasonably safe condition. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.